| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and Address) | | FOR COURT USE ONLY |
|---|---|---|
| MATHEW K. HIGBEE, ESQ.<br>HIGBEE & ASSOCIATES<br>1504 BROOKHOLLOW DR. #112  SANTA ANA, CA 92705 | SBN: 241380 | |
| TELEPHONE NO.: **(714) 617-8300** | FAX NO.(Optional): | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): **Plaintiff:** | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: **450 GOLDEN GATE #1111**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN FRANCISCO, CA 94102**
BRANCH NAME: **NORTHERN DISTRICT**

| PLAINTIFF/PETITIONER: **MICHAEL GRECCO PRODUCTIONS, INC.** | CASE NUMBER: **3:20-cv-07466-SK** |
|---|---|
| DEFENDANT/RESPONDENT: **8 DECIMAL CAPITAL MANAGEMENT, LLC** | HEARING DATE: |
| **PROOF OF SERVICE** | HEARING TIME:<br>DEPARTMENT: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION AND COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

PARTY SERVED: **8 DECIMAL CAPITAL MANAGEMENT, LLC**

PERSON SERVED: **ROBIN HUTTBANKS, THE CORPORATION TRUST COMPANY - REGISTERED AGENT**

DATE & TIME OF DELIVERY: **11/25/2020**
**9:37 AM**

ADDRESS, CITY, AND STATE: **1209 ORANGE STREET**
**WILMINGTON, DE 19801**

PHYSICAL DESCRIPTION: **Age: 59 Sex: Female Race: Black Height: 5'5" Weight: 180 Hair: Brown  Eyes: Glasses**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: $ 125.00
County:
Registration No.:
C/O REZAC-MEYER ATTORNEY SERVICE
2100 MANCHESTER RD., SUITE 503-2
WHEATON, IL 60187
(213) 481-1770

Ref: 560109

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 1, 2020.

Signature: *Ramona Talvacchio*
RAMONA TALVACCHIO

**PROOF OF SERVICE**
560109

DefaultProof/LA250107