United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. D/B/A MICHAEL GRECCO PHOTOGRAPHY,<br><br>   Plaintiff,<br><br>   v.<br><br>8 DECIMAL CAPITAL MANAGEMENT, LLC,<br><br>   Defendant. | Case No. 20-cv-07466-HSG (TSH)<br><br>**ORDER REQUESTING BILLING RECORDS**<br><br>Re: Dkt. No. 21 |

Pending before the Court is Plaintiff Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography, Inc.'s motion for default judgment. ECF No. 21. As part of its motion, Plaintiff requests $1,900 in attorney's fees and $525 in costs. In support of its claim for attorney's fees, Plaintiff submitted a declaration from its counsel, Ryan Carreon, stating that their hourly rate is $380 per hour and they "spent approximately 5 hours prosecuting this matter." ECF No. 21-1. However, Plaintiff did not provide billing records to support this claim. As such, the undersigned is unable to determine whether the hours counsel spent working on the case were reasonably expended or were instead unnecessary, and it would therefore recommend the request for attorney's fees be denied without prejudice. *See Michael Grecco Prods., Inc. v. Enthusiast Gaming, Inc.*, 2020 WL 7227199, at *11 (N.D. Cal. Dec. 8, 2020) (denying request for attorneys' fees without prejudice where counsel submitted the total number of hours expended on the case but failed to provide billing records showing how many hours were spent on each task); *J&J Sports Productions, Inc. v. Ortiz*, 2014 WL 1266267, at *3 (N.D. Cal. Mar. 24, 2014) ("Absent the submission of detailed contemporaneous time records justifying the hours claimed to have been expended on this case, the Court gives little weight to the figures provided by Plaintiff.")

1  (quotation omitted).  Accordingly, as part of its proposed findings due by May 13, 2021, Plaintiff
2  shall submit detailed billing records for the amount claimed.
3  **IT IS SO ORDERED.**

5  Dated: May 3, 2021

                                                      THOMAS S. HIXSON
                                                     United States Magistrate Judge