Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. D/B/A MICHAEL GRECCO PHOTOGRAPHY,<br><br>Plaintiff,<br><br>v.<br><br>8 DECIMAL CAPITAL MANAGEMENT, LLC,<br><br>Defendant. | Case No. 20-cv-07466-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 29, 21 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment against Defendant 8 Decimal Capital Management, LLC and close the file. The Court will issue a permanent injunction restricting 8 Decimal from infringing, by any means and inducing copyright infringement by any means of the exclusive rights of Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography in the Google Photograph under the Copyright Act. The Court further awards Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography $30,000 in statutory damages, $1,900 in attorney's fees, and $525 in costs.

**IT IS SO ORDERED.**

Dated: June 21, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge